**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **GARRY JOHNSON** | § | |
| | § | |
| **V.** | § | **NO. 1:06-CV-23** |
| | § | |
| **F. WILLIAM WEBER** | § | |
| **and WEBCO INDUSTRIES, INC.** | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on January 13, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant defendants' motion to dismiss without prejudice, and deny as moot defendants' alternative motion to dismiss for failure to state a claim.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **14** day of **December, 2006.**

_____
Thad Heartfield
United States District Judge